IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILFRED A. PAGE,

    Petitioner,

v.                                                                                              Civ No. 19-956 KG/GJF

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Wilfred Page's amended habeas corpus petition under 28 U.S.C. § 2254 (Doc. 4) is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE